# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

**QUENTRELL E. WILLIAMS**,

    **Plaintiff,**

v.                                                       **Case No. 15-cv-21**

**AMY ZIRBEL, et al.**,

    **Defendants.**

___

# ORDER
___

Defendants filed a motion for summary judgment on March 15, 2016. Court records indicate that defendants mailed a copy of the motion and supporting materials to plaintiff that same day. On April 21, 2016, plaintiff filed a letter, informing the court that he received the summary judgment materials on March 27, 2016, and that he planned to file his response materials by April 28, 2016. Court records show that plaintiff has not responded to defendants' motion.

Briefing schedules are set forth in Civil Local Rule 56, a copy of which was provided to plaintiff by defendants when they mailed him their summary judgment motion. Parties are expected to comply with the procedures and dates specified in the rule without involvement of the court. Nonetheless, I will allow plaintiff an additional period of time to file a response to defendant's motion. Such response must be filed on or before **May 23, 2016**. Plaintiff is reminded that he is required to serve a copy of all submissions in this case on defendant's counsel. Plaintiff is hereby advised that, if he fails to file a response to defendants' summary judgment materials by the deadline, his

case will be subject to dismissal with prejudice for lack of diligence in prosecuting his case pursuant to Civil Local Rule 41.3 (E.D. Wis.).

**IT IS THEREFORE ORDERED** that plaintiff shall file a response to defendants' summary judgment materials on or before **May 23, 2016**. Failure to file such a response may result in the dismissal of this action pursuant to Civil L.R. 41(c).

Dated at Milwaukee, Wisconsin, this 9th day of May, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge