# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

**QUENTRELL E. WILLIAMS**,

    **Plaintiff,**

v.                                         **Case No. 15-cv-21**

**AMY ZIRBEL, et al.,**

    **Defendants.**

___

# ORDER
___

Defendants filed a motion for summary judgment on March 15, 2016. On May 9, 2016, I ordered plaintiff to respond to defendants' motion on or before May 23, 2016. That same day, plaintiff mailed a letter to the court, asking me if he could have until May 15, 2016, to file his response. Because I had already extended the deadline beyond the date he requested, I deny his request for an extension as moot. In any case, court records reveal that, as of May 31, 2016, plaintiff has not filed a response to defendants' motion.

I previously explained to plaintiff that parties are expected to comply with the procedures and dates specified in the rules and in my orders. I also advised plaintiff that if he failed to file a response to defendants' summary judgment materials by the deadline, his case would be subject to dismissal with prejudice for lack of diligence in prosecuting it.

**IT IS THEREFORE ORDERED** that plaintiff's motion for an extension of time (Docket #68) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**, pursuant to Civil L.R. 41(c), based on plaintiff's failure to diligently prosecute it. Judgment will be entered accordingly.

Dated at Milwaukee, Wisconsin, this 1st day of June, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge